# United States District Court
## Southern District of Georgia

TERRY CARTER, JR.,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-125
(Formerly CR 107-076)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated January 6, 2020 adopting the Report and Recommendation of the Magistrate Judge as the Court's opinion, that Respondent's Motion to Dismiss is granted. Thus, Petitioner's motion filed pursuant to 28 U.S.C. § 2255 is hereby dismissed; furthermore, Petitioner is denied a Certificate of Appealability in this case, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.



01/06/2020
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*